**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
245 Fisher Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile:   (800) 520-5523

**HYDE & SWIGART**
Jessica R. K. Dorman (SBN 279919)
jessica@westcoastlitigation.com
Joshua B. Swigart (SBN 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile:  (619) 297-1022

Attorneys for Plaintiff
KEVIN AMINI

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN AMINI, individually, and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>VROOM, INC.,<br><br>        Defendant. | **Case No.:**  8:16-cv-1204-DOC (RAOx)<br><br>**NOTICE OF VOLUNTARY DIMISSAL  WITH PREJUDICE AS TO NAMED PLAINTIFF'S CLAIMS AND WITHOUT PREJUDICE AS TO THE CLAIMS OF THE PUTATIVE CLASS PURSUANT TO F.R.C.P. 41(A)**<br><br>Action  Filed: June 29, 2016<br><br>Trial Date:     Not set |

//

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S CLAIMS AND WITHOUT PREJUDICE AS TO THECLAIMS OF THE PUTATIVE CLASS PURSUANT TO F.R.C.P. 41(A)                                                                                                         PAGE 1 OF 2

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff KEVIN AMINI ("Plaintiff") hereby voluntarily this action **with prejudice** as to the named Plaintiff's claims; and **without prejudice** as to the claims of the putative class.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice ass to the named Plaintiff's claims and without an Order of the Court.[1]

Plaintiff respectfully requests the action be dismissed WITH PREJUDICE as to the named Plaintiff's claims and WITHOUT PREJUDICE as to the claims of the putative class

Dated: September 7, 2016                    Respectfully submitted,

                                                             **KAZEROUNI LAW GROUP, APC**

                                         By:   s/ ABBAS KAZEROUNIAN
                                                 ABBAS KAZEROUNIAN, ESQ.
                                                 ATTORNEYS FOR PLAINTIFF

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

---

[1] This dismissal is effective upon filing and does not require the Court's approval. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999); *Bailey v. Shell W. E&P, Inc.*, 609 F.3d 710, 719 (5th Cir. 2010).

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S CLAIMS AND WITHOUT PREJUDICE AS TO THECLAIMS OF THE PUTATIVE CLASS PURSUANT TO F.R.C.P. 41(A)
PAGE 2 OF 2